# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary John Emerson,<br><br>Plaintiff,<br><br>v.<br><br>Corizon Health Services, et al.,<br><br>Defendants. | No. CV-15-00093-PHX-ROS<br><br>**ORDER** |

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the R&R, the district court's review of the part objected to must be *de novo*. *Id.* If, however, no objections are filed, the district court need not conduct such a review. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003).

On February 2, 2017, Magistrate Judge Eileen S. Willett issued a Report and Recommendation ("R&R") recommending the Court deny Plaintiff's "Motion Request Supoenas [sic] Duces Tecum—and cause NOT to dismiss Motion but hold in Abeyance" (Doc. 21) and dismiss Defendant Townsend without prejudice. (Doc. 26.) Plaintiff has not filed a timely objection. (*See* Doc. 31 at 8-9.) Thus, the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the February 2, 2017 Report and Recommendation (Doc. 26) is **ADOPTED**.

| | |
|---|---|
| 1 | **IT IS FURTHER ORDERED** Defendant Townsend is **DISMISSED without** |
| 2 | **prejudice** for failure to timely effect service. |
| 3 | **IT IS FURTHER ORDERED** Plaintiff's "Motion Request Supoenas [sic] <u>Duces</u> |
| 4 | <u>Tecum</u>—and cause NOT to dismiss Motion but hold in Abeyance" (Doc. 21) is |
| 5 | **DENIED**. |
| 6 | Dated this 1st day of September, 2017. |
| 7 | |
| 8 | |
| 9 | _____ |
| | Honorable Roslyn O. Silver |
| 10 | Senior United States District Judge |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |