# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary John Emerson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Corizon Health Services, et al.,<br><br>　　　　　Defendants. | No. CV-15-00093-PHX-ROS (ESW)<br><br>**ORDER** |

In a Report and Recommendation ("R&R") issued on May 10, 2018, the Magistrate Judge recommends the Court dismiss Defendant Peretra because Plaintiff's Second Amended Complaint did not state a claim against Peretra. (Doc. 54 at 1). The R&R also recommends the Court dismiss Defendant Townsend who had been dismissed prior to the filing of Second Amended Complaint based on Plaintiff's failure to complete service of process. Plaintiff did not file any objections and the Court will summarily adopt the R&R.

Plaintiff has filed two appeals of orders by the Magistrate Judge regarding discovery issues and the briefing of the summary judgment motion. (Doc. 157, 163). To merit relief, Plaintiff must establish the Magistrate Judge's rulings were "clearly erroneous" or "contrary to law." Fed. R. Civ. P. 72(a). And in the context of discovery disputes, a Magistrate Judge "is afforded broad discretion." *Columbia Pictures, Inc. v. Bunnell*, 245 F.R.D. 443, 446 (C.D. Cal. 2007). Plaintiff has not established the Magistrate Judge's rulings meet the high standard for obtaining relief.

Accordingly,

1     **IT IS ORDERED** the Report and Recommendation (Doc. 54) is **ADOPTED**. Defendants Peretra and Townsend are **DISMISSED WITHOUT PREJUDICE**.

    **IT IS FURTHER ORDERED** the Appeals of Magistrate Judge Orders (Doc. 157, 163) are **DENIED**.

    **IT IS FURTHER ORDERED** Plaintiff shall file his opposition to the motion for summary judgment no later than **September 6, 2019**. Defendants shall file their reply no later than **September 13, 2019**.

    **IT IS FURTHER ORDERED** the Clerk of Court must send a copy of this Order to Plaintiff at his current address of record in Florence, AZ and to the Tucson complex, Whetstone Unit, 10000 South Wilmot, Tucson, AZ 85734.

    Dated this 16th day of August, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -